IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TARA ELAINE BENDER,** | Case No. 1:18-cv-01168 LJO BAM |
| Plaintiff, | **ORDER REGARDING STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | (Doc. 11) |
| Defendants. | |

Pursuant to the parties' stipulation, Defendant is provided an extension of time to respond to Plaintiff's complaint. Defendant shall file a response to the complaint no later than January 14, 2019. The parties are advised that all future requests for extensions of time must be supported by good cause.

IT IS SO ORDERED.

Dated: **December 6, 2018**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE