# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA ELAINE BENDER,<br><br>    Plaintiff,<br><br>  v.<br><br>J. OROZCO,<br><br>    Defendant. | Case No. 1:18-cv-01168-LJO-BAM<br><br>ORDER TO RECAPTION CASE |

On November 21, 2018, Defendant California Department of Corrections and Rehabilitation was terminated as a defendant in this case. (Doc. No. 8.) Therefore, the caption should reflect that this action proceeds only against Defendant J. Orozco and no longer proceeds against any other defendant. Accordingly, the caption for this case shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated: **February 14, 2019**                         /s/ *Barbara A. McAuliffe*
                                                                                          UNITED STATES MAGISTRATE JUDGE