J. RANDALL ANDADA, SBN 70000
LYNNE G. STOCKER, SBN 130333
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendant
J. OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TARA ELAINE BENDER, | Case No.: 1:l8-cv-01168-NONE-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE PLAINTIFF'S DEPOSITION AND TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL IN LIGHT OF COVID-19 PANDEMIC** |
| v. | |
| J. OROZCO, | |
| Defendants. | |

The parties, by and through their respective attorneys, , and pursuant to Local Rules 143 and 144, stipulate as follows:

RECITALS:

1. On February 14, 2019, the Court issued its Scheduling Order. ECF No. 19.

2. On March 2, 2020, the Court held an informal telephone conference off the record to address the deposition of Plaintiff Tara Elaine Bender, which was cancelled due to unspecified medical reasons, and the discovery deadlines in this action. Pursuant to the agreement of the parties, Plaintiff's deposition was rescheduled for March 31, 2020 in Fresno, California. All deadlines in the Court's Scheduling Order were continued sixty (60) days as follows: Expert Disclosure - June 2, 2020; Supplemental Expert Disclosure - July 21, 2020; Non-Expert Discovery - March 31, 2020; Expert Discovery - August 25, 2020; and Pretrial Motion Filing Deadline - September 15, 2020. The

1

Pretrial Conference was continued to 12/17/2020 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd and the Jury Trial was continued to 2/9/2021 at 08:30 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. ECF No. 30.

3. The court has issued General Orders addressing the national, regional and local public health emergency posed by the coronavirus (COVID-19) outbreak. General Order Nos. 610-611. Since the issuance of the court's prior orders circumstances related to the outbreak have continued to quickly evolve, with state and local public agencies instituting further enhanced measures to manage the spread of the virus and limit the potential for the illness and death it can cause. General Order No. 612.

4. On March 16, 2020, in response to COVIF-19, the Health Officer of the County of of Alameda directed all individuals living in the County to shelter at their place of residence, and directed all businesses to cease non-essential operations in the County, with certain exceptions. Counsel for defendant reside in Alameda County.

5. On March 19, 2020, in response to COVID-19, the California State Public Health Officer and Director of the California Department of Public Health ordered all individuals living in the State of California to stay home or at their place of residence, except for essential needs as needed to maintain continuity of operation of the federal critical infrastructure sectors.

6. In response to the directions of the State and County Health Officers, counsel for the parties closed their business offices and are working remotely.

7. On or about March 25, 2020, counsel for the parties agreed, and respectfully request, an enlargement of time for ninety (90) days of the existing discovery deadlines, the pre-trial conference and the trial in this matter in light of the COVID-19 pandemic.

IT IS SO STIPULATED.

Dated: March 29, 2020                              ANDRADA & ASSOCIATES

By * /s/ Lynne G. Stocker*
LYNNE G. STOCKER
Attorneys for Defendant
J. OROZCO

Dated: March 30, 2020                    LAW OFFICE OF KEVIN G. LITTLE

                                         By:  */s/ Kevin G. Little*
                                              Kevin G. Little
                                              Attorneys for Plaintiff Tara Bender

I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

*/s/ Lynne G. Stocker*

oOo

## **ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

Plaintiff's deposition shall be re-noticed for a mutually convenient date on or before June 29, 2020. All deadlines in the Court's Scheduling Order are continued as follows: Expert Disclosure – August 31, 2020; Supplemental Expert Disclosure – October 19, 2020; Non-Expert Discovery – June 29, 2020; Expert Discovery – November 23, 2020; and Pretrial Motion Filing Deadline – December 14, 2020. The Pretrial Conference is continued to 3/17/2021 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd and the Jury Trial is continued to 5/11/2021 at 08:30 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **March 30, 2020**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

3

{00118052.DOC/}CDCR 1189                                         *Bender v. CDCR, et al.*
STIPULATION TO EXTEND TIME DUE TO COVIDO-19 PANDEMIC             1:18-cv-01168-LJO-BAM