J. RANDALL ANDADA, SBN 70000
randrada@andradalaw.com
LYNNE G. STOCKER, SBN 130333
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
J. OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TARA ELAINE BENDER,<br><br>             Plaintiff,<br><br>      v.<br><br>J. OROZCO,<br><br>             Defendants. | Case No.:  1:l8-cv-01168-NONE-BAM<br><br>**AMENDED SECOND STIPULATION TO EXTEND TIME TO COMPLETE PLAINTIFF'S DEPOSITION AND TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL IN LIGHT OF COVID-19 PANDEMIC** |

The parties, by and through their respective attorneys, and pursuant to Local Rules 143 and 144, stipulate as follows:

RECITALS:

1.      On February 14, 2019, the Court issued its Scheduling Order. ECF No. 19.

2.      On March 2, 2020, the Court held an informal telephone conference off the record to address the deposition of Plaintiff Tara Elaine Bender, which was cancelled due to unspecified medical reasons, and the discovery deadlines in this action. Pursuant to the agreement of the parties, Plaintiff's deposition was rescheduled for March 31, 2020 in Fresno, California. All deadlines in the Court's Scheduling Order were continued sixty (60) days as follows: Expert Disclosure - June 2, 2020; Supplemental Expert Disclosure - July 21, 2020; Non-Expert Discovery - March 31, 2020;

1

Expert Discovery - August 25, 2020; and Pretrial Motion Filing Deadline - September 15, 2020. The Pretrial Conference was continued to 12/17/2020 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd and the Jury Trial was continued to 2/9/2021 at 08:30 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. ECF No. 30.

3. The court has issued General Orders addressing the national, regional and local public health emergency posed by the coronavirus (COVID-19) outbreak. General Order Nos. 610-611. Since the issuance of the court's prior orders circumstances related to the outbreak have continued to quickly evolve, with state and local public agencies instituting further enhanced measures to manage the spread of the virus and limit the potential for the illness and death it can cause. General Order No. 612.

4. On March 16, 2020, in response to COVID-19, the Health Officer of the County of of Alameda directed all individuals living in the County to shelter at their place of residence, and directed all businesses to cease non-essential operations in the County, with certain exceptions. Counsel for defendant reside in Alameda County.

5. On March 19, 2020, in response to COVID-19, the California State Public Health Officer and Director of the California Department of Public Health ordered all individuals living in the State of California to stay home or at their place of residence, except for essential needs as needed to maintain continuity of operation of the federal critical infrastructure sectors.

6. In response to the directions of the State and County Health Officers, many counsel and staff of the law firms representing the parties have been working remotely since mid-March 2020.

7. On March 30, 2020, and pursuant to the stipulation of the parties, the deadline to complete Plaintiff's deposition was continued to June 29, 2020; All deadlines in the Court's Scheduling Order were continued sixty (60) days as follows Expert Disclosure – August 31, 2020; Supplemental Expert Disclosure – October 19, 2020; Non-Expert Discovery – June 29, 2020; Expert Discovery – November 23, 2020; and Pretrial Motion Filing Deadline – December 14, 2020. The Pretrial Conference was continued to 3/17/2021 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd and the Jury Trial was continued to 5/11/2021 at 08:30 AM in Courtroom 4

(DAD) before District Judge Dale A. Drozd.

8. On or about June 25, 2020, counsel for the parties agreed, and respectfully request, an enlargement of time for approximately ninety (90) days as to each of the existing discovery deadlines, as well as the pre-trial conference and trial dates in this matter in light of the COVID-19 pandemic.

9. On or about July 2, 2020, counsel for the parties agreed to amend the Second Stipulation (ECF No. 34) to correct deadlines that were erroneously set on Sundays due to defense counsel's error. Amended dates are underlined below.

IT IS SO STIPULATED.

Dated: July 2, 2020                                    ANDRADA & ASSOCIATES

                                                       By  */s/ Lynne G. Stocker*
                                                           LYNNE G. STOCKER
                                                           Attorneys for Defendant
                                                           J. OROZCO

Dated: July 2, 2020                                    LAW OFFICE OF KEVIN G. LITTLE

                                                       By:  */s/ Kevin G. Little*
                                                            Kevin G. Little
                                                       Attorneys for Plaintiff Tara Bender

I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

                                                       */s/ Lynne G. Stocker*

oOo

3

{00118619.DOC/}CDCR 1189                                               *Bender v. CDCR, et al.*
AMENDED 2ND STIPULATION TO EXTEND TIME DUE TO PANDEMIC        1:18-cv-01168-NONE-BAM

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the parties' request. Pursuant to the parties' agreement, Plaintiff's deposition shall be re-noticed for a mutually convenient date on or before September 28, 2020. Additionally, to accommodate the Court's calendar and in light of the Standing Order issued by District Judge Dale A. Drozd (Doc. No. 25-1), the Scheduling Order (Doc. No. 19) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | November 30, 2020 |
| Supplemental Expert Disclosure: | January 19, 2021 |
| Non-Expert Discovery Cutoff: | September 28, 2020 |
| Expert Discovery Cutoff: | February 22, 2021 |
| Pretrial Motion Filing Deadline: | March 8, 2021 |
| Pretrial Conf: | **June 18, 2021**<br>**1:30 p.m.**<br>Dept 4 (NONE) |
| Trial: | August 10, 2021<br>8:30 a.m.<br>Dept 4 (NONE) |

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b)(4). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **July 2, 2020**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE