|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| TARA ELAINE BENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. OROZCO,<br><br>    Defendant. | Case No. 1:18-cv-01168-NONE-BAM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PENDING MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF TARA BENDER**<br><br>(Doc. No. 39)<br><br>**ORDER SETTING DEPOSITION OF PLAINTIFF TARA ELAINE BENDER**<br><br>Date: **April 7, 2021**<br>Time: **9:00 AM**<br><br>**ORDER SETTING STATUS CONFERENCE** |

Currently pending before the Court is the motion of Kevin G. Little and the Law Office of Kevin G. Little to withdraw as attorney of record for Plaintiff Tara Elaine Bender ("Plaintiff"). (Doc. No. 39.)

The matter was heard at a continued telephonic hearing on January 21, 2021, before United States Magistrate Judge Barbara A. McAuliffe. Plaintiff Tara Elaine Bender and her counsel, Kevin G. Little, appeared by telephone. Counsel Lynne Stocker appeared by telephone on behalf of Defendant J. Orozco.

///

**DISCUSSION**

On December 1, 2020, Plaintiff's counsel filed a motion for the Law Office of Kevin G. Little to withdraw as attorney of record. (Doc. No. 39.) Defendant J. Orozco opposed the motion on December 15, 2020. (Doc. No. 42.)

On January 6, 2021, the Court held a hearing on the motion for leave to withdraw. At the hearing, Plaintiff's counsel provided an update on Plaintiff's status. Counsel also conveyed Plaintiff's expressed opposition to counsel's withdrawal. To allow additional time for Plaintiff's counsel to communicate with Plaintiff and to determine whether to proceed with the motion for leave to withdraw, the Court continued hearing to January 21, 2021, and directed Plaintiff's counsel to provide a status report indicating whether the motion for leave to withdraw would proceed or be withdrawn. (Doc. No. 45.)

On January 18, 2021, Plaintiff's counsel filed a status report and reported that Plaintiff had contacted counsel and expressed a desire to continue with the case. (Doc. No. 47.) Counsel asserted that if Plaintiff appeared at the hearing and agreed to abide by the Court's orders, then Plaintiff's counsel would withdraw the pending motion for leave to withdraw as counsel and would remain on the case. Alternatively, if Plaintiff failed to appear, then Plaintiff's counsel would request a ruling on the pending motion to withdraw. (*Id.*)

As noted above, Plaintiff and her counsel appeared at the hearing. Based on Plaintiff's appearance and her counsel's representations, the Court indicated its willingness to allow Plaintiff to proceed with counsel, subject to Plaintiff's compliance with orders of the Court and her cooperation with counsel. The Court acknowledged Defendant's objections and indicated its intent to order Plaintiff to appear for her deposition without the necessity of further notice and to set the matter for a status conference following completion of that deposition. Plaintiff was cautioned that if she failed to appear for her deposition or failed to comply with any related orders of the Court, then the Court would recommend dismissal of this action for failure to prosecute and failure to comply with Court orders. At the request of Plaintiff's counsel, the Court granted withdrawal of the pending motion for leave to withdraw.

///

**CONCLUSION AND ORDER**

For the reasons stated, IT IS HEREBY ORDERED as follows:

1. The motion to withdraw as attorney of record for Plaintiff Tara Elaine Bender filed by Kevin G. Little of the Law Office of Kevin G. Little (Doc. No. 39) is WITHDRAWN;

2. Plaintiff Tara Elaine Bender is ORDERED to appear for her deposition by video conference on **April 7, 2021, at 9:00 A.M.** No further written notice is required;

3. Plaintiff Tara Elaine Bender is further ORDERED to appear and remain at her April 7, 2021 deposition until it is concluded. Plaintiff shall meaningfully participate in the deposition by answering all deposition questions unless instructed not to answer by her counsel. Additionally, Plaintiff shall remain in contact with counsel and shall participate in the prosecution of this action;

4. Plaintiff Tara Elaine Bender is ADMONISHED that her failure to appear for the April 7, 2021 deposition or her failure to comply with any orders of the Court will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with Court orders;

3. A telephonic status conference is SET for **April 13, 2021, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**. The purpose of the conference is to address scheduling of this action; and

4. Plaintiff's counsel shall serve Plaintiff Tara Elaine Bender with a copy of this order and file proof of such service with the Court.

IT IS SO ORDERED.

Dated:   **January 21, 2021**            /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

3